

# Fourth Court of Appeals
## San Antonio, Texas

June 18, 2014

No. 04-14-00262-CV

Jennifer G. **ELLIOT**,
Appellant

v.

Mary L. **PENA**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2006-EM5-03919
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

The trial court clerk has filed a notification of late record, requesting an extension to June 27, 2014. We GRANT the request and ORDER the trial court clerk to file the clerk's record on or before June 27, 2014.

Further, Maria E. Vargas, the court reporter responsible for preparing the reporter's record in this appeal has filed a notification of late record, stating that (1) the appellant has failed to pay or make arrangements to pay the fee for preparing the reporter's record; and (2) the appellant has failed to file a designation of record. TEX. R. APP. P. 34.6(b)(1), 35.3 (b)(2),(3). We ORDER appellant to file written proof to this court on or before **June 30, 2014** that (1) she has filed a designation of record with court reporter Maria E. Vargas; and (2) she has either paid or made arrangements to pay the reporter's fee, or she is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due within thirty days from the date the clerk's record is filed, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court